UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: May 12, 2018

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>Vs.<br><br>Alayna Michelle-Rose ISAACS<br>Defendant<br>YOB: 1999<br>United States Citizen | Magistrate's Case No. 18-1489MJ<br><br>21 U.S.C. §§ 841(a)(1) Possess a Controlled Substance with Intent to Distribute<br>Counts One and Four<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 952, 960(a)(1)<br>Importation a Controlled Substance<br>Counts Two and Three |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about May 12, 2018, at or San Luis, AZ, within the District of Arizona, the defendant Alayna Michelle-Rose ISAACS did possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT TWO

On or about May 12, 2018, at or near San Luis, Arizona, within the District of Arizona, the defendant, Alayna Michelle-Rose ISAACS did knowingly import, and in fact did import, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; a Schedule II Controlled Substances into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a)(1) and (b)(1)(H).

COUNT THREE

On or about May 12, 2018, at or near San Luis, Arizona, within the District of Arizona, the defendant, Alayna Michelle-Rose ISAACS did knowingly and intentionally import, attempt to import, and in fact did import, a mixture or substance containing a detectable amount of fentanyl a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952(a),960(a)(1) and 960(b)(3).

COUNT FOUR

On or about May 12, 2018, at or near San Luis in the District of Arizona, the defendant, Alayna Michelle-Rose ISAACS, knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(c).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA John Ballos
for JHUSBP

Antonio Tafoya
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, May 14, 2018, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

## STATEMENT OF FACTS

I, Antonio Tafoya, being duly sworn do state the following:

On May 12, 2018, at approximately 1:58 a.m., Alayna Michelle-Rose ISAACS and Nicole Samantha GIVENS applied for admission into the United States through the San Luis, Arizona Port of Entry (POE). ISAACS was the driver, and GIVENS was the passenger of a red 2012 Jeep Patriot, registered to Beth Ellen ISAACS the mother of ISAACS. The Jeep was bearing a temporary Arizona registration tag 749747A. Both ISAACS and GIVENS presented their Arizona state issued driver's license and / or identification card bearing their photograph and biographical information as their entry document to Customs and Border Protection Officer (CBPO) Alan Cumba. CBPO Cumba referred the Jeep and both occupants to the vehicle secondary inspection area for further inspection.

In secondary, CBPO Louis Green obtained a negative customs declaration from ISAACS. CBPO Green questioned ISAACS if she knew anyone in San Luis Rio Colorado, Sonora, Mexico. ISAACS stated she did not but she had a new car and they wanted to go for a ride. CBPO further questioned ISAACS and GIVENS about the strong odor of gasoline in the vehicle. Both ISAACS and GIVENS claimed to not notice a gasoline odor.

At approximately 2:05 a.m. Canine Enforcement Officer M. Reyes conducted a canine search with his assigned canine Giro. CEO Reyes' canine alerted the under carriage of the Jeep. CEO Reyes questioned ISAACS if she had any mechanical work done to the Jeep. ISAACS stated she only had a recent oil change. CEO Reyes continued to question ISAACS about the purpose of her trip to Mexico. ISAACS stated she was traveling to Rocky Point to visit a sick uncle dying of cancer. ISAACS stated her uncle was receiving cancer treatment in Rock Point. CEO Reyes asked why she did not cross through the Lukeville Port of Entry because it is a shorter trip to her hometown of Tempe, Arizona. ISAACS stated she crossed through the San Luis Port of Entry because her GPS was not working properly. ISAACS and GIVENS were escorted to the secondary inspection lobby while the Jeep was inspected. CEO Reyes with the assistance of Supervisory Customs and Border Protection Officer (SCBPO) Rodriguez removed the back seat of the Jeep to expose the fuel sending unit. The officers removed the send unit and discovered what appeared to be saran wrap inside the gas tank. CEO Reyes pulled the on the wrappings and revealed a package.

A search of the gas tank revealed fifteen (15) cylinder shaped saran-wrapped packages and one (1) large bag containing five (5) individual bags of blue pills and four (4) small baggies two of which contained sample pills and the other two baggies contained a white powder. At approximately 7:37 a.m. a cylinder-shaped package was probed and

contained a white crystal substance which field-tested positive for the properties of methamphetamine. The weight of the fifteen (15) packages was 8.6 kilograms (18.9 pounds)

At approximately 7:54 a.m. a blue pill was field tested and the results were inconclusive. The pill was then crushed and field tested as Acetaminophen. The weight of the blue pills was 577.8 grams. At approximately 8:07 a.m. the white powder field tested positive for fentanyl. The weight of the two baggies containing the white powder was 8.4 grams.

At approximately 6:30 a.m. Special Agent (SA) Antonio Tafoya and SA Jay Fitzmorris retrieved ISAACS from the holding cell and escorted her to an interview room. SA Tafoya read ISAACS her *Miranda* rights using ICE Form 73-025 in the English language. ISAACS then read her rights herself and decided to waive them by signing the ICE Form and speaking with HSI (Homeland Security Investigations) Special Agents.

ISAACS began the interview by stating she did not know why she was being detained. SA Tafoya explained to ISAACS her vehicle was loaded with a large quantity of drugs in the gas tank. ISAACS stated she did not know anything about the drugs or how they got into her vehicle. ISAACS stated she took her vehicle to a small mechanic shop in Rocky point for an oil change. ISAACS further stated the oil change took a few hours and thought that was suspicious but did not question the business. ISAACS stated she and GIVENS did not stay with the vehicle during the maintenance instead they walked to their friend's house who lived nearby.

Eventually, upon further questioning, ISAACS admitted to knowing there were drugs in the vehicle but said that she did not the quantity or type but there might be OxyContin pills. ISAACS further stated she knew it was illegal to transport drugs into the United States and she was to be paid $3,000.00 upon successful delivery of the drugs to an unknown destination in the Phoenix, Arizona area.

Based on the foregoing, there is probable cause to believe ISAACS committed the offenses as alleged in the Complaint.

_____
Antonio Tafoya, Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, on this 14th day of May 2018, in Yuma, Arizona.

_____
HONORABLE James F. Metcalf
United States Magistrate Judge

## Probable Cause Statement

I, Special Agent Antonio Tafoya declare under penalty of perjury, the following is true and correct:

On May 12, 2018, at approximately 1:58 a.m., Alayna Michelle-Rose ISAACS and Nicole Samantha GIVENS applied for admission into the United States through the San Luis, Arizona Port of Entry (POE). ISAACS was the driver, and GIVENS was the passenger of a red 2012 Jeep Patriot, registered to Beth Ellen ISAACS the mother of ISAACS. The Jeep was bearing a temporary Arizona registration tag 749747A. Both ISAACS and GIVENS presented their Arizona state issued driver's license and / or identification card bearing their photograph and biographical information as their entry document to Customs and Border Protection Officer (CBPO) Alan Cumba. CBPO Cumba referred the Jeep and both occupants to the vehicle secondary inspection area for further inspection.

In secondary, CBPO Louis Green obtained a negative customs declaration from ISAACS. CBPO Green questioned ISAACS if she knew anyone in San Luis Rio Colorado, Sonora, Mexico. ISAACS stated she did not but she had a new car and they wanted to go for a ride. CBPO further questioned ISAACS and GIVENS about the strong odor of gasoline in the vehicle. Both ISAACS and GIVENS claimed to not notice a gasoline odor.

At approximately 2:05 a.m. Canine Enforcement Officer M. Reyes conducted a canine search with his assigned canine Giro. CEO Reyes' canine alerted the under carriage of the Jeep. CEO Reyes questioned ISAACS if she had any mechanical work done to the Jeep. ISAACS stated she only had a recent oil change. CEO Reyes continued to question ISAACS about the purpose of her trip to Mexico. ISAACS stated she was traveling to Rocky Point to visit a sick uncle dying of cancer. ISAACS stated her uncle was receiving cancer treatment in Rock Point. CEO Reyes asked why she did not cross through the Lukeville Port of Entry because it is a shorter trip to her hometown of Tempe, Arizona. ISAACS stated she crossed through the San Luis Port of Entry because her GPS was not working properly. ISAACS and GIVENS were escorted to the secondary inspection lobby while the Jeep was

inspected. CEO Reyes with the assistance of Supervisory Customs and Border Protection Officer (SCBPO) Rodriguez removed the back seat of the Jeep to expose the fuel sending unit. The officers removed the send unit and discovered what appeared to be saran wrap inside the gas tank. CEO Reyes pulled the on the wrappings and revealed a package.

A search of the gas tank revealed fifteen (15) cylinder shaped saran-wrapped packages and one (1) large bag containing five (5) individual bags of blue pills and four (4) small baggies two of which contained sample pills and the other two baggies contained a white powder. At approximately 7:37 a.m. a cylinder-shaped package was probed and contained a white crystal substance which field-tested positive for the properties of methamphetamine. The weight of the fifteen (15) packages was 8.6 kilograms (18.9 pounds)

At approximately 7:54 a.m. a blue pill was field tested and the results were inconclusive. The pill was then crushed and field tested as Acetaminophen. The weight of the blue pills was 577.8 grams. At approximately 8:07 a.m. the white powder field tested positive for fentanyl. The weight of the two baggies containing the white powder was 8.4 grams.

At approximately 6:30 a.m. Special Agent (SA) Antonio Tafoya and SA Jay Fitzmorris retrieved ISAACS from the holding cell and escorted her to an interview room. SA Tafoya read ISAACS her *Miranda* rights using ICE Form 73-025 in the English language. ISAACS then read her rights herself and decided to waive them by signing the ICE Form and speaking with HSI (Homeland Security Investigations) Special Agents.

ISAACS began the interview by stating she did not know why she was being detained. SA Tafoya explained to ISAACS her vehicle was loaded with a large quantity of drugs in the gas tank. ISAACS stated she did not know anything about the drugs or how they got into her vehicle. ISAACS stated she took her vehicle to a small mechanic shop in Rocky point for an oil change. ISAACS further stated the oil change took a few hours and thought that was suspicious but did not question the business. ISAACS stated she and GIVENS did not stay with the vehicle during the maintenance instead they walked to their friend's house who lived nearby.

Eventually, upon further questioning, ISAACS admitted to knowing there were drugs in the vehicle but said that she did not the quantity or type but there might be OxyContin pills. ISAACS further stated she knew it was illegal to transport drugs into the United States and she was to be paid $3,000.00 upon successful delivery of the drugs to an unknown destination in the Phoenix, Arizona area.

Signed:

Antonio Tafoya
Special Agent -- DHS/HSI